HORTENSE SALSBURY, RESPONDENT, v. BORO BUSSES CORPORATION, APPELLANT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Quinn & Doremus*.

For the respondent, *Thomas P. McKenna*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Case, Bodine, Heher, Perskie, Hetfield, Dear, Wells, Wolfs-Keil, Rafferty, Hague, JJ.   12.

*For reversal*—None.